UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6785

RONALD WILSON,

Plaintiff - Appellant,

versus

STATE OF VIRGINIA, and all other employees of
the state and its agents; WALLENS RIDGE STATE
PRISON, Medical Department (in whole); B.
COPE, Nurse; SERGEANT ELOM; NURSE HORSLEY; C.
WILSON, Doctor; SERGEANT FARRISH; S. YOUNG,
Warden; A. HARVEY, Assistant Warden; JANE DOE,
#2, Nurse; JANE DOE, #3, Nurse; DOCTOR HOWARD;
NURSE JOHNSON; JOHN DOE, #4, Doctor,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-00-966-7)

Submitted: September 16, 2002      Decided: October 8, 2002

Before WIDENER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Wilson, Appellant Pro Se. Heather Marie Kofron, WRIGHT,
ROBINSON, OSTHIMER & TATUM, Richmond, Virginia; Banci Enga Tewolde,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Wilson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Wilson v. Virginia</u>, No. CA-00-966-7 (W.D. Va. May 6, 2002). We deny Wilson's motion for appointment of counsel as this matter involves no complex issues or exceptional circumstances. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>